**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Jennifer R. Young, Esq. (State Bar No. 318471)**
**COLLINS COLLINS MUIR + STEWART LLP**
**750 The City Drive, Ste. 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email:  mwroniak@ccmslaw.com**
**Email:  jyoung@ccmslaw.com**

NOTE: CHANGES MADE
BY THE COURT

Attorneys for Defendants
County of Orange, Sheriff Don Barnes, Robert Beaver

# UNITED STATES DISTRICT COURT

## CENTRALDISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF ORANGE COUNTY DEPUTY SHERIFFS, | CASE NO. 8:19-cv-01404-JVS-KES |
| | *Hon. James V. Selna, Dept. 10C* |
| Plaintiff, | [PROPOSED] **PROTECTIVE ORDER** |
| | **OVER ORANGE COUNTY SHERIFF'S** |
| v. | **DEPARTMENT PERSONNEL** |
| | **RECORDS** |
| COUNTY OF ORANGE, a municipal corporation; DON BARNES, individually and as Sheriff for the County of Orange; ROBERT BEAVER, individually and as a Senior Director for the County of Orange; and DOES 1 through 10, Inclusive, | **Complaint Filed:** July 19, 2019 |
| | **Trial Date:** December 8, 2020 |
| Defendants. | |

The Court being advised that the parties, through their respective counsels of record, stipulate to a protective order, precluding publication and limiting the use of documents and information contained within the Orange County Sheriff's Department personnel files, grants this Protective Order over certain of the Orange County Sheriff's Department personnel files.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     Good cause exists for issuance of a protective order pursuant to Federal Rule of Civil Procedure Rule 26(c) to facilitate the anticipated discovery efforts of the parties and to balance the privacy interests and protection of confidential information related to the Orange County Sheriff's Department personnel files that may be protected by California *Evidence Code* §§ 1040 et seq. and the official information privilege (*Sanchez v. City of Santa Ana*, 936 F.2d 1027, 1033 (9th Cir. 1990)).

2.     All documents produced by the parties in the category set forth below, in paragraph 3, shall be marked "CONFIDENTIAL." If the first page of any multi-page document bears this legend, then the entire document is deemed confidential, unless otherwise indicated by the producing party. The stamping of the legend "CONFIDENTIAL" is for identification purposes only, and in the event that a document produced by the County pursuant this Protective Order is inadvertently not stamped with the legend "CONFIDENTIAL," such document is still subject to the provisions of this Protective Order.

3.     All contents of Orange County Sheriff's Department personnel files in this action, produced by the County subsequent to the entry of this Protective Order shall be subject to this Protective Order, shall be deemed Confidential Information, with the exception of the members of the Association of Orange County Deputy Sheriffs that expressly authorize the production of their personnel files to Plaintiff.

4.     All Confidential Information provided in accordance with this Order may be used for all proceedings in this matter only, including law and motion, and all pre-trial matters. However, in the event that Confidential Information is used in the above pre-trial proceedings, the party submitting the Confidential Information must seek an order sealing that portion of the record.

5.     Any party may bring a motion pursuant to Local Rule 37-1 before the assigned judge, to determine whether any material produced and marked as confidential is in fact confidential and subject to this protective order. In the event that either party

**[PROPOSED] PROTECTIVE ORDER RE: OCSD PERSONNEL RECORDS**

**COLLINS COLLINS MUIR + STEWART**LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

challenges the designation of materials as confidential, this protective order shall not be deemed to be any admission by either party that any of the disclosed information is in fact confidential and/or protected by any privilege.

6. Testimony taken at any deposition, conference, hearing, or any pre-trial matter, which involve matters set forth above in paragraph 3, may be designated as confidential by making a statement to that effect on the record at the deposition or proceeding. Arrangements shall be made by the County with the Court Reporter transcribing such proceedings to separately bind such portions of the transcript containing information designated as confidential, and to label such portions accordingly.

7. All Confidential Information produced in accordance with this Protective Order shall not be used in any deposition, legal proceeding, or in any other forum than the instant case, nor shall the Confidential Information be disseminated in any form, except by court order or subpoena, or until such time as the "CONFIDENTIAL" designation is removed by agreement of counsel for the parties or by further order of this Court. Should a party receive a subpoena for the Confidential Information acquired through litigation under this Protective Order, said party shall notify the party's whose records are sought promptly upon receipt of a subpoena for said records. Further, the party subpoenaed shall not waive any objections grounds of confidentiality, privacy rights, privilege, or protections under California law provided by *Pitchess* codified in California Evidence Code section 1040 *et. seq.*

8. As to the parties, Confidential Information shall be viewed only by: (1) counsel of record for the receiving party, including associates, clerks, and secretarial staff for such parties, (2) independent experts retained by parties (and approved by the other parties), and (3) any associates, assistants, and secretarial personnel of such experts and other persons designated by agreement of counsel for the parties, and so long as said experts have agreed in writing in advance of any disclosure of Confidential Information to be bound by this Protective Order. As this provision only applies to the

**COLLINS COLLINS**
**MUIR + STEWART**LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

parties of this action, it does not preclude the dissemination to the Court if accompanied by an application to file under seal. Individual employees may waive their right to confidentiality, as set forth in Paragraph 3, and expressly authorize the production of their personnel files to Plaintiff.

9. Confidential Information produced in connection with this Protective Order shall not be disclosed, disseminated, or in any manner provided to the media or any member of the public by Plaintiff unless the Court has ruled that the information may be divulged to the media and the public.

10. Plaintiff's counsel may not disclose directly to the Plaintiff, either orally or in writing, the addresses and telephone numbers of any person identified in Orange County Sheriff's Department personnel files but may discuss with the Plaintiff the information obtained from any investigation conducted as a result of disclosed Confidential Information. Alternatively, Plaintiff's counsel may show a form of the Confidential Information to the Plaintiff so long as the names, addresses, telephone numbers, and/or any other identifying information of any person have been redacted.

11. In the event that any Confidential Information is used or referred to during the course of any court proceeding in this action, such information shall not lose its confidential status through such use.

12. Aside from the litigation or trial of this case, as allowed by the terms of the Protective Order, Plaintiff, Plaintiff's counsel, and those individuals authorized to review the information in connection with this civil matter are expressly prohibited from duplicating, copying or otherwise distributing, disseminating, or orally disclosing any of the disclosed Confidential Information to any person or entity for any purpose.

13. ~~The court and its personnel and~~ counsel <ins>Counsel</ins> for each party shall take reasonable precautions to prevent the unauthorized or inadvertent disclosure of Confidential Information. <ins>The Court's obligations are established by Court rules and procedures, not protective orders.</ins>

14. In the event that the terms of this Protective Order are violated or are threatened to be violated, the parties agree that the aggrieved party may, pursuant to

**COLLINS COLLINS**
**MUIR + STEWART**LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

Local Rule 37-1, apply to this Court to obtain injunctive relief and monetary sanctions against any person violating or threatening to violate any of the terms of this Protective Order. Any such request for injunctive relief and/or monetary sanctions must be made by a properly noticed motion and pursuant to statute.

15.     This Protective Order, and the obligations of all persons thereunder, including those relating to the disclosure and use of Confidential Information, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal or otherwise. Should a party violate the terms of this Order, the other party may seek relief pursuant to Local Rule 37-1 after the final termination of this case, however, the Court of the present action will not retain continuing jurisdiction over the Order following the termination of the litigation.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

*FILE #21879*

COLLINS COLLINS
MUIR + STEWART LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone    (714) 823-4100
Fax       (714) 823-4101

5

[PROPOSED] PROTECTIVE ORDER RE: OCSD PERSONNEL RECORDS

16.     Upon termination of the instant case, the parties and their counsel shall return any and all Confidential Information or information designated as confidential, including deposition transcripts, and/or testimony taken at any court proceeding, to the opposing parties' attorney of record for this matter, within twenty (20) days following termination of this matter.

**THE PARTIES SO STIPULATE.**

Dated:  January 13, 2020

_____
JENNIFER R. YOUNG
COUNSEL FOR DEFENDANTS

Dated:  January 13, 2020

 /s/ Michael McGill
      MICHAEL MCGILL
      COUNSEL FOR PLAINTIFF

**COLLINS COLLINS**
**MUIR + STEWART** LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone   (714) 823-4100
Fax     (714) 823-4101

*FILE #21879*

~~[PROPOSED]~~ PROTECTIVE ORDER RE: OCSD PERSONNEL RECORDS

**Michael L. Wroniak, Esq. (State Bar No. 210347)**
**Jennifer R. Young, Esq. (State Bar No. 318471)**
**COLLINS COLLINS MUIR + STEWART LLP**
**750 The City Drive, Ste. 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccmslaw.com**
**Email: jyoung@ccmslaw.com**

Attorneys for Defendants
County of Orange, Sheriff Don Barnes, Robert Beaver

NOTE: CHANGES MADE
BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF ORANGE COUNTY DEPUTY SHERIFFS, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ORANGE, a municipal corporation; DON BARNES, individually and as Sheriff for the County of Orange; ROBERT BEAVER, individually and as a Senior Director for the County of Orange; and DOES 1 through 10, Inclusive, <br><br> Defendants. | CASE NO. 8:19-cv-01404-JVS-KES <br> *Hon. James V. Selna, Dept. 10C* <br><br> ~~[PROPOSED]~~ ORDER GRANTING STIPULATED PROTECTIVE ORDER <br><br><br> **Complaint Filed:** July 19, 2019 <br><br> **Trial Date:** December 8, 2020 |

## [PROPOSED] ORDER

IT IS ORDERED THAT:

The protective order stipulated to by Defendants COUNTY OF ORANGE,

**COLLINS COLLINS**
**MUIR + STEWART**LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

DON BARNES, and ROBERT BEAVER and Plaintiff ASSOCIATION OF

ORANGE COUNTY DEPUTY SHERIFFS is granted.


DATED: 01/21/2020

By: _____
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE
JUDGE

COLLINS COLLINS
MUIR + STEWART LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

*FILE # 21879*

~~[PROPOSED]~~ **ORDER GRANTING PROTECTIVE ORDER**